# COMPLAINT
### (for non-prisoner filers without lawyers)

U.S. District Court
Wisconsin Eastern

AUG 1 0 2026

FILED
Clerk of Court

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Tiana Rose MacDonald

v.

(Full name of defendant(s))

City of Beaver Dam

Case Number:

**26 -C- 1 3 6 7**

(to be supplied by Clerk of Court)

A.     PARTIES

1.     Plaintiff is a citizen of _____WISCONSIN_____ and resides at
(State)

205 Seippel Blvd Apt 8, Beaver Dam, WI 53916
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.     Defendant _____City of Beaver Dam_____
(Name)

Case 2:26-cv-01367-JPS    Filed 08/10/26    Page 1 of 8    Document 1

(Plaintiff)
Tiana MacDonald

v.

(Defendants)

- Lucero Galvan
- Apolonio Aguliar
- Emily Clouse
- Angel Beyers
- Ryan Parkos
- Raven Leigh
- Tameika MacDonald


2.

Defendant: Lucero Galvan is a citizen of Wisconsin and resides at 1004 Lincoln St, Beaver Dam, WI 53916

Defendant: Apolonio Aguilar is a citizen of Wisconsin and resides at 1315 Wayland St, Beaver Dam, WI 53916

Defendant: Emily Clouse is a citizen of Wisconsin and resides at 144 Dana Drive, Beaver Dam, WI 53916

Defendant: Angel Beyers is a citizen of Wisconsin and worked for Restanio & Associates Realtors at 6131 Nesbitt Road Suite 300, Fitchburg, WI 53719

Defendant: Ryan Parkos is a citizen of Wisconsin and worked for Coldwell Bankers at 2920 Marketplace Drive, Fitchburg, WI 53719

Defendant: Raven Leigh is a citizen of Wisconsin and worked for Smokes on the Water Vape shop at 501 N Spring Street, Beaver Dam, WI, 53916

Defendant: Tameika MacDonald is a citizen of Wisconsin and resides at 122 MaryAnn Rd Apt 5, Beaver Dam, WI 53916

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>City of Beaver Dam at 205 S. Lincoln Ave, Beaver Dam, WI 53916</u>

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

_____

_____

_____

_____

_____

_____

_____

_____

_____

# Statement of Claim

SUBJECT: STATEMENT OF CLAIM FOR WIS. STAT. **42 USC 1983**

I am the rightful heir and beneficiary to a revocable trust created by trust maker; James E Carr who died 06-25-2009, which was fraudulently hidden and stolen from me by the local government and local citizens of the City of Beaver Dam, WI. In their efforts to fraudulently steal my inheritance/trust fund they have violated my constitutional rights multiple times.

(2007 – Present): **Defamation of character**; I have faced long-term severe Defamation of Character from my mother; Tameika J MacDonald, my family 'The MacDonald's' and my high school classmates, specifically Apolonio Aguilar, Lucero Galvan, and Emily Clouse. I faced severe false claims including but not limited to; I am mentally handicapped, I have incurable STD's, I am a prostitute, and I am a stalker. This extreme Defamation per se also prompted state officials to violate my rights.

On February 27th 2026 at 1:44pm I had a meeting with Sylvia Ortiz, Lead Advocate at the PAVE Domestic Violence shelter in Beaver Dam, Wisconsin, along with Beaver Dam police officer; Andrew Brunet. I had asked to speak with them to express my concerns about the stalking and harassment being done to me by Apolonio Aguilar and Lucero Galvan. I explained to Officer Brunet that my phone had been illegally hacked, and they both had been repeatedly showing up outside of my house blasting music to intimidate me. Officer Brunet did create a police report, but fabricated my testimony in the report. He also denied my request to file a restraining order, despite clear video evidence of their cars being present in the parking lot of my apartment complex on multiple occasions, on the parking lot cameras that were installed by my landlord; Nina Gomez. After the meeting I had emailed Officer Brunet two separate times due to the perpetrators; Apolonio and Lucero; returning to continue blasting music outside of my apartment as a form of intimidation. Officer Brunet then completely dismissed my valid concerns once again, putting me in further danger.

I reported the Grand Larceny on Monday, March 9th of 2026 at 12:12pm. When I had made the police report, I had provided clear and accurate information and screenshots of the larceny including, the address, the date the house was fraudulently sold, and that

my grandfather's name was used to buy the house after his date of passing. After Officer Linzenmeyer, B called Tameika MacDonald, the person who committed the crime alongside Angel Beyers of Restanio & Associates Realtors, and Ryan Parkos of Coldwell Bankers, I was told by Officer Linzenmeyer, B "there appears to be no crime committed" and the responding officer declined to transfer my report to Dane County, where the crime was committed. Afterwards in the report Officer Linzenmeyer, B included a statement: "I (Officer Linzenmeyer, B) spoke with Tiana again and advised her I would not be completing a report at this time due to insufficient information, no proof fraud was taking place".

On Saturday April 25th 2026 at 4:29pm I called the Beaver Dam police department to report a crime involving a tampered with vape I had purchased from a local vape shop 'Smokes on the Water' on March 23rd 2026 from vape shop employee Raven Leigh who stated to me immediately after my purchase of the vape "My uncle is a Police Officer". The vape had given me symptoms of heart palpitations, shortness of breath, and chest pains all of which I had explained to responding Officer Shilts, J. Officer Shilts, J then explained to me my claims were not valid enough to file a report and stated "Vapes are not regulated so anything could be in them".

On April 16th 2026, I went to the local Post Office in Beaver Dam, Wisconsin to express my concerns of mail theft to the Postmaster: Amy Porchnow. She had stated that my mail was being sent to the correct address (P.O. Box 87, Beaver Dam, WI 53916), I had discovered, from her computer screen which Amy had voluntarily showed me, that my mail was being fraudulently forwarded to an address I have never occupied (906 S Lincoln Ave #2d, Beaver Dam, WI 53916). When I had asked her about it and showed her proof, she told me that "I would have to file a police report before USPIS could get involved", which is not regular protocol. Later on June 10th 2026 when the same issue was brought up to Officer Kuehn, he informed me to report her straight to USPIS.

On Wednesday June 10th 2026, I received a call from Officer Kuehn from the Beaver Dam Police Department, after the Postmaster: Amy Prochnow had reported me regarding signs I had posted Downtown. He had explained that my signs containing the Postmasters name are considered harassment, and continually tried to use intimidation against me to take the signs down. He verbally stated statements to me such as "this is considered harassment and defamation of character" and "I'll give you a fine of $300 for every poster I find if you don't take them down". After speaking a little longer Officer Kuehn and I came to the agreement that after removing the Postmasters legal name

from the posters they would be ok to stay posted. Afterwards Officer Kuhen informed the postmaster: Amy Prochnow of the posters being a first amendment right which Amy then escalated to the Officer in charge (503).

On Thursday July 2nd I presented an official 'Notice of Claim' to the City Council of Beaver Dam, WI. Included in my official 'Notice of Claim' I explained and provided sufficient evidence of the repeated violation of my civil rights by multiple different government officials within the municipality. On July 29th I received a 'Notice of Disallowance', dated for July 24th, decided by the City Council of Beaver Dam, WI.

I would like damages for; **Unstable finances, financial loss, damage to my reputation, inability to make money and provide for my daughter, long-term exclusion, harassment, and bullying from local citizens and high school classmates, diagnosed anxiety and depression from severe emotional harm, loss of my vehicle, police officers allowing further harm to occur, intentional physical harm, violation of due process rights, civil conspiracy between government entities, invasion of privacy, and risking my identity being stolen**

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

— City of Beaver Dam to pay $35 million to the plaintiff

— A payment of $5 million from all private citizens combined to the plaintiff

— For ALL defendants to stop harrassing, exploiting, and stalking me, as well as hiring, bribing, or coercing others to harrass, exploit, or stalk me.

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___7th___ day of ___August___ 20_26_ .

Respectfully Submitted,

_Tian MacDonald_
Signature of Plaintiff

_(920)-567-8568_
Plaintiff's Telephone Number

_Macdonaldtiana35@gmail.com_
Plaintiff's Email Address

_205 Seippel Blvd Apt 8, Beaver Dam, WI 53916_
_P.O. Box 87, Beaver Dam, WI 53916_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5